**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | } } } | |
| **Plaintiff,** | } } } | **CIVIL ACTION NO.** |
| | } } | **7:10-cv-118** |
| **v.** | } } } | |
| **WAL-MART STORES TEXAS, L.L.C.** | } } | **JURY TRIAL DEMAND** |
| **Defendant.** | } } | |

**NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, female, and to make whole Paula Barstad, who was adversely affected by such practices.  The Defendant violated Title VII by subjecting Paula Barstad to harassment and a hostile work environment, based on her sex, female.

**JURISDICTION AND VENUE**

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. Section 2000e5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981A.

2.      The employment practices alleged to be unlawful were and are being committed

**COMPLAINT**                                                                                                          **1**

within the jurisdiction of the United States District Court for the Western District of Texas.

## PARTIES

3.      The Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706(a) of Title VII, 42 U.S.C. Section 2000e-5(a).

4.      At all relevant times, the Defendant has been and is now doing business in the State of Texas, and has continuously had at least fifteen employees.

5.      At all relevant times, the Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Paula Barstad filed a charge with the Commission alleging violations of Title VII by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least April 2008, the Defendant has engaged in unlawful employment practices at its Midland, Texas facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2.  Specifically, Paula Barstad was subjected to sexual harassment and a hostile work environment, based on her sex, female.

8.      Barstad worked as an Overnight Stock Clerk for the Defendant's store located in Midland, Texas. A security officer at the workplace sexually harassed Barstad through verbal sexual remarks. The security officer's verbal sexual remarks included sexual innuendo and

repeated requests that she go out with him. He also asked Ms. Barstad if he could perform a "cavity search" on her. The security officer also sexually harassed Barstad through physical sexual touching, and rubbing his body against hers while at work. Barstad verbally reported the sexual harassment to Defendant on multiple occasions to Defendant's Assistant Store Manager and other employees of the Defendant. Despite Barstad's written and verbal reports, Defendant failed to take prompt, remedial measures to stop the sexual harassment of Bartsad.

9.      The effects of the practices complained of above have been to deprive Paula Barstad of equal employment opportunities and to otherwise adversely affect her status as an employee.

10.      The unlawful employment practices complained of in paragraphs 7 and 8 above, were intentional.

11.      The unlawful employment practices complained of in paragraphs 7 and 8 above, were done with malice or with reckless indifference to the federally protected rights of Paula Barstad.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining the Defendants, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of sex.

B.      Order the Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for employees which eradicate the effects of its past and present unlawful employment practices.

**COMPLAINT**                                                                                            **3**

C.      Order the Defendant to make whole Paula Barstad by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices described in paragraphs 7 and 8 above, including emotional pain, suffering, humiliation and inconvenience in amounts to be determined at trial.

D.      Order the Defendant to pay Paula Barstad punitive damages for its malice or reckless indifference described in paragraphs 7 and 8 above, in an amount to be determined at trial.

E.      Grant such further relief as the Court deems necessary and proper in the public interest.

F.      Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,


P. DAVID LOPEZ
General Counsel

JAMES LEE
Assistant General Counsel

GWENDOLYN REAMS
Deputy General Counsel

ROBERT A. CANINO
Regional Attorney


**COMPLAINT**                                                                                    **4**

/s/ Toby W. Costas
TOBY W. COSTAS
Supervisory Trial Attorney
Texas State Bar No. 04855720
Senior Trial Attorney
District of Columbia Bar No.  975161


EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 S. Houston, Third Floor
Dallas, Texas 75202
(214) 253-2743
(214) 253-2749 (FAX)

**COMPLAINT**                                                    **5**